

FILED
MAY 09 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GREGORY WADE MCLEAN and JACKIE MCLEAN, Plaintiffs, v. DLJ MORTGAGE CAPITAL, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and SOUTHWEST STAGE FUNDING, LLC, dba CASCADE FINANCIAL SERVICES, Defendants. | CIVIL ACTION NO. W-13-CV-127 |

## JUDGMENT

In accordance with the Court's Order granting Defendants' Motion to Dismiss, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims against Defendants are **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in this Judgment is **DENIED**.

**SIGNED** this 9' day of May, 2013.

_____
WALTER S. SMITH, JR.
United States District Judge